1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FEDELITA OSBSUNA and JACINTO OBSUNA, | ) ) ) | Case No.: 11-CV-00219-LHK |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER ADOPTING REPORT AND RECOMMENDATION DENYING |
| AMERICAN GENERAL FINANCE SERVICES, et al., | ) ) ) | REQUEST FOR TEMPORARY RESTRAINING ORDER |
| Defendants. | ) ) ) | |

On January 20, 2011, this matter was reassigned pursuant to a declination to proceed before Magistrate Judge Grewal, to whom this case was initially assigned.  In the Order reassigning the case, Judge Grewal issued a Report and Recommendation that the Plaintiffs' request for a Temporary Restraining Order or TRO (included in the complaint) be denied, because Plaintiffs failed to comply with Fed. R. Civ. P. 65.  The Court has reviewed the facts and law recited in the Report and Recommendation and agrees that in light of Plaintiffs' failure to show irreparable injury, an ex parte TRO cannot issue.  Therefore, Plaintiffs' request for a TRO is denied without prejudice.

**IT IS SO ORDERED.**

Dated: January 27, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 11-CV-00219-LHK
ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER