**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDELITA OBSUNA, et. al., | NO. 5:11-cv-00219 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| AMERICAN GENERAL FINANCE SERVICES, et. al., | |
| Defendant(s). | |

On May 24, 2011, the Court ordered Plaintiffs Fedelita Obsuna and Jacinto Obsuna (collectively, "Plaintiffs") to show cause in writing by June 7, 2011, why they failed to serve the summons and complaint on Defendants American General Financial Services, AG Documentation Services, Bank of America, N.A., PRLAP, Inc., and ROE Corp. consistent with Federal Rule of Civil Procedure 4(m).  See Docket Item No. 8.  The Court admonished Plaintiffs that the Court would dismiss this action should they fail to show good cause or accomplish service.

As of this date, Plaintiffs have not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITHOUT PREJUDICE.  The Clerk shall close this file.

IT IS SO ORDERED.

Dated: June 8, 2011

EDWARD J. DAVILA
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE (EJDLC1)